

mwe.com

Michael Sheehan
Attorney at Law
msheehan@mwe.com
+1 312 984 2040

Defendant's motion to seal at Dkt. 19 is hereby deemed WITHDRAWN.  The Clerk of Court is respectfully directed to unseal Dkts. 22, 22-1, 22-2, and 22-3.

Dated: July 2, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

July 1, 2025

<u>VIA ECF</u>

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

**Re:**   *Santiago Pujals, Jr. v. BDO USA, P.C.*; Case No.: 1:25-cv-01757 (JLR)

Dear Judge Rochon:

BDO USA, P.C. withdraws its letter motion to seal the documents at ECF Nos. 22-1, 22-2, and 22-3.

By way of background, BDO filed that letter motion to seal documents attached to its motion to dismiss on April 11, 2025.  *See* ECF No. 19.  During the June 5, 2025 initial pre-trial conference, Your Honor asked BDO to reconsider in light of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  BDO now withdraws its letter motion to seal (ECF No. 19), consenting to the Court unsealing the documents found at ECF Nos. 22-1, 22-2, and 22-3.

Respectfully,

 */s/ Michael J. Sheehan*

Michael J. Sheehan

cc: All counsel (via ECF)



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

*US practice conducted through McDermott Will & Emery LLP.*