UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,

                         Plaintiff,

            -against-                                   Case No. 1: 25-cv-01757 (JLR)

BDO USA, P.C.,                                          **ORDER**

                         Defendant.

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on Defendant's motion to dismiss on **February 11,**

**2026, at 3:00 p.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  January 16, 2026
        New York, New York

                                          SO ORDERED.

                                          _____
                                          JENNIFER L. ROCHON
                                          United States District Judge