

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**NICOLLE JACOBY**

Nicolle.Jacoby@dechert.com
+1 212 698 3820  Direct
+1 212 698 0470  Fax

March 16, 2026

**VIA CM/ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:  *Santiago Pujals, Jr., v. BDO USA, P.C.*, 25-cv-01757 (JLR)

Request GRANTED.  Defendant's deadline to answer or otherwise respond to the Second Amended Complaint, Dkt. 63, the sole operative complaint in this matter, is extended to **April 6, 2026**.

**SO ORDERED.**

Dated: March 17, 2026
        New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

Pursuant to Rule 1.F of the Court's Individual Rules and Practices in Civil Cases, Defendant BDO USA, P.C. and Plaintiff Santiago Pujals, Jr. jointly request an order (1) that Defendant need not respond to Plaintiff's First Amended Complaint and (2) that Defendant shall move, answer, and/or otherwise respond to Plaintiff's Second Amended Complaint (which is scheduled to be filed today) on or before April 6, 2026.

Under Federal Rule of Civil Procedure 15(a)(3), Defendant's motion, answer, or other response to Plaintiff's Second Amended Complaint will be due March 30, 2026.  Granting Defendant an extension of time to respond to Plaintiff's Second Amended Complaint will not impact the proceedings.  This is the third request for an extension or adjournment in this matter: the parties previously requested extensions relating to Defendant's time to respond to Plaintiff's Complaint and the parties' Motion to Dismiss briefing schedule.  (ECF Nos. 7, 24).

Separately, the parties jointly request that the Court correct a typographical error in the Court's Opinion and Order entered on March 2, 2026.  (ECF No. 57).  Specifically, that Opinion and Order states that Counts III and IV of Plaintiff's First Amended Complaint are dismissed with prejudice. (ECF No. 57 at 30).  That is a misnomer; the Court dismissed with prejudice Plaintiff's claims for breach of the implied covenant of good faith and fair dealing as to the Note and the Warrant (Counts II and IV, respectively).



Hon. Jennifer L. Rochon
March 16, 2026
Page 2

Respectfully submitted,

Nicolle L. Jacoby

cc:  Paul Schwiep, Esq
     James Oliverio, Esq.