UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,

                    Plaintiff,

          -against-

BDO USA, P.C.,

                    Defendant.

Case No. 1:25-cv-01757 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

By order dated March 2, 2026, the Court granted in part and denied in part Defendant's motion to dismiss. *See* Dkt. 57 ("Opinion and Order"). On March 16, 2026, the parties jointly requested that the Court correct a typographical error in the Opinion and Order identifying the counts dismissed with prejudice as Counts III and IV. Dkt. 62 at 1; *see* Opinion and Order at 30. The substance of the Opinion and Order makes clear that the Court intended to dismiss with prejudice Plaintiff's claims for breach of the implied covenant of good faith and fair dealing as to the Note and the Warrant (Counts II and IV, respectively). Opinion and Order at 25-29. Accordingly, pursuant to Federal Rule of Civil Procedure ("Rule") 60(a), the Court writes to "correct [the] clerical mistake . . . found in [the] order." Fed. R. Civ. P. 60(a). The first paragraph appearing on page thirty (30) of the Opinion and Order is revised as follows:

> For the foregoing reasons, Counts II and IV of the Amended Complaint are DISMISSED with prejudice, and Count I is DISMISSED in part with leave to amend by **March 16, 2026**. Defendant's motion to dismiss is otherwise DENIED. The discovery stay is hereby lifted, and the parties are to meet and confer and submit a proposed Amended Case Management Plan and Scheduling Order by **March 13, 2026**.

The Clerk of Court is respectfully directed to enter the Corrected Opinion and Order dated March 17, 2026.

Dated: March 17, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2