## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS,

       *Plaintiff*,

v.

BDO USA, P.C.,

       *Defendant*.

Case No.: 1:25-CV-01757 (JLR)

## JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER

Defendant BDO USA, P.C. ("BDO") and Plaintiff Santiago Pujals (collectively, the "Parties") respectfully request that the Court enter the proposed Protective Order attached hereto as **Exhibit 1**. A protective order is necessary to preserve and maintain the confidentiality of legally protected and otherwise sensitive information, including information regarding Defendant's employees, financial information, and other confidential and proprietary information to be exchanged during discovery. The Parties mutually agreed on the language of the attached Proposed Protective Order.

Counsel for Defendant has conferred with counsel for Plaintiff regarding this Motion and, pursuant to Federal Rule of Civil Procedure 26(c), the Parties request that the Court enter the Proposed Protective Order, which is submitted contemporaneously with this Joint Motion.

Dated: June 12, 2026                                  Respectfully Submitted,


/s/ *Paul J. Schwiep*                                 /s/ *Nicolle L. Jacoby*

Paul J. Schwiep                                       Nicolle L. Jacoby
Daniel F. Blonsky                                     Tanya K. Warnke
Coffey Burlington, P.L.                               Dechert LLP
2601 South Bayshore Drive                             Three Bryant Park
Penthouse One                                         1095 Avenue of the Americas
Miami, FL 33133                                       New York, NY 10036
(305) 858-2900                                        (212) 698-3500
pschwiep@coffeyburlington.com                         nicolle.jacoby@dechert.com
dblonsky@coffeyburlington.com                         tanya.warnke@dechert.com


James Harry Oliverio                                  Michael J. Sheehan
Anselmi & Carvelli, LLP                               444 West Lake Street
101 Avenue of the Americas                            Chicago, IL 60606
8th and 9th Floors                                    (312) 646-5800
New York, NY 10013                                    michael.sheehan@dechert.com
(201) 308-0070
jholiverio@acllp.com                                  *Counsel for Defendant BDO USA, P.C.*


*Counsel for Plaintiff Santiago Pujals*

## CERTIFICATION

I hereby certify that on June 12, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Paul J. Schwiep