**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 1:25-cv-01757-JLR**

SANTIAGO PUJALS, JR.,

Plaintiff,

vs.

BDO USA, P.C.,

Defendant.

**PLAINTIFF'S EXPEDITED UNOPPOSED MOTION TO SEAL FILED EXHIBITS**

Pursuant to the Court's Individual Rule of Practice in Civil Cases 4.B(ii), Plaintiff, Santiago Pujals, Jr., through undersigned counsel, hereby respectfully moves for the entry of an order sealing the following exhibits at the request of Defendant BDO USA, P.C.:

- **Exhibits 4 (94-3) and 5 (94-5)** to ECF No. 94, letter dated July 24, 2026, from Paul J. Schwiep to the Honorable Jennifer L. Rochon; and
- **Exhibit 1 (parts 1 - 4) (97-1, 97-2, 97-3, and 97-4)** to ECF No. 97, letter dated July 28, 2026, from Paul J. Schwiep to the Honorable Jennifer L. Rochon.

The ground for this request is that Defendant BDO USA, P.C. ("BDO") has stated that these exhibits should be sealed as BDO asserts they are confidential.

BDO does not oppose this motion, and has requested that Plaintiff seek this relief.

WHEREFORE, Plaintiff respectfully requests that the Court seal on an expedited basis exhibits ECF Nos. 94-3, 94-5 & 97-1 to 97-4.

Dated: July 29, 2026
New York, New York

Request DENIED with leave to renew motion. "Judicial documents are subject at common law to a potent and fundamental presumptive right of public access[.]" *Olson v. Major League Baseball*, 29 F.4th 59, 87 (2d Cir. 2022) (citation omitted). "The burden is on the party seeking to file the document under seal to show as to each document the specific harm or prejudice that will occur if sealing is not authorized." B*AT LLC v. TD Bank, N.A.*, No. 15-cv-05839 (RRM) (CLP), 2019 WL 13236131, at *8 (E.D.N.Y. Sept. 24, 2019). "[T]he mere fact that a document was marked 'confidential' during discovery does not establish that sealing is required." *Cypress Holdings, III, L.P. v. Sport-BLX, Inc.*, No. 22-cv-08111 (LGS), 2025 WL 2408919, at *2 (S.D.N.Y. Aug. 20, 2025). Further, "sealing should be 'narrowly tailored,' and redacting sensitive information is a preferable alternative to sealing an entire document." *SEC v. Telegram Grp. Inc.*, No. 19-cv-09439 (PKC), 2020 WL 3264264, at *1 (S.D.N.Y. June 17, 2020) (citation omitted). Plaintiff files this motion on Defendant's behalf, and articulates no basis for the sealing request beyond the fact that the documents "are confidential." That is not enough. Nevertheless, the Court will consider a renewed motion in line with the above standards. This order terminates the motion at Dkt. 98.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

ANSELMI & CARVELLI, LLP
101 Avenue of the Americas
8th and 9th Floors
New York, NY 10013
(201) 308-0070
jholiverio@acllp.com

By: /s/ James Harry Oliverio
James Harry Oliverio

and

COFFEY BURLINGTON, P.L.

By: /s/ Paul J. Schwiep
Paul J. Schwiep, , Florida Bar No. 823244
Admitted *pro hac vice*
Daniel F. Blonsky, Florida Bar No. 972169
Admitted *pro hac vice*
Tori Simkovic, Florida Bar No. 1039684
*Pro hac vice* pending
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
PSchwiep@CoffeyBurlington.com
DBlonsky@CoffeyBurlington.com
TSimkovic@CoffeyBurlington.com
YVB@CoffeyBurlington.com
Service@CoffeyBurlington.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/ Paul J. Schwiep

| Service List | |
|---|---|
| **Nicolle Lipper Jacoby, Esq.**<br>nicolle.jacoby@dechert.com<br>**Tanya K. Warnke, Esq.**<br>tanya.warnke@dechert.com<br>**Michael J. Sheehan, Esq.**<br>michael.sheehan@dechert.com<br>Dechert LLP<br>Three Bryant Park<br>New York, New York 10036<br>Telephone: (212) 698-3820 (Nicolle)<br>(212) 698-3500 (Tanya)<br><br>*Counsel for Defendant* | |