UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,
Plaintiff,

-against-

BDO USA, P.C.,
Defendant.

Case No. 1:25-cv-01757 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 23, 2026, Defendant filed a letter motion for a Local Rule 37.2 Conference regarding its motion to quash a non-party subpoena. Dkt. 93; *see also* Dkt. 97. The next day, Plaintiff filed a letter motion to compel Defendant to produce certain documents. Dkt. 94; *see also* Dkt. 99.

Accordingly, the Court will hold a virtual conference to discuss both motions on **August 6, 2026, at 10:00 a.m.** via Teams video conference. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646 453-4442 | Phone Conference ID: 223 027 99#.

Dated: July 29, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge