UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,

Plaintiff,

-against-

BDO USA, P.C.,

Defendant.

Case No. 1:25-cv-01757 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at the parties' August 6, 2026, discovery conference, Defendant's motion to quash or modify the non-party subpoena served on Morgan Stanley Smith Barney LLC, Dkt. 93, is GRANTED in part and DENIED in part insofar as the subpoena has now been modified and limited as discussed. Plaintiff's motion to compel, Dkt. 94, is likewise GRANTED in part and DENIED in part as moot.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 94.

Dated: August 6, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge