UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,

Plaintiff,

-against-

BDO USA, P.C.,

Defendant.

Case No. 1:25-cv-01757 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 10, 2026, Plaintiff filed a letter motion to compel Defendant's corporate representative to testify at a deposition on designated topics pursuant to Federal Rule of Civil Procedure ("Rule") 30(b)(6). Dkt. 113. Defendant timely opposed the motion on September 15, 2026. Dkt. 115.

The Court will hold a virtual conference to discuss Plaintiff's motion on **September 24, 2026, at 3:00 p.m.** via Teams video conference. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646 453-4442 | Phone Conference ID: 952 165 96#.

Dated: September 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge