COFFEY BURLINGTON

**PAUL J. SCHWIEP**
pschwiep@coffeyburlington.com

2601 South Bayshore Drive
Penthouse One
Miami, Florida 33133
305.858.2900
www.coffeyburlington.com

September 17, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

**Re: Santiago Pujals, Jr. vs. BDO USA, P.C.**
**USDC SDNY Case No. 1:25-cv-01757**

Dear Judge Rochon:

This is to request a short adjournment of the hearing Your Honor has noticed for September 24, 2026 on Plaintiff's letter motion to compel, Dkt. 113. Due to a pre-planned trip, I will not have any internet access the week of September 21. My colleague Tori Simkovic will be in trial before United States Magistrate Judge Lauren Louis in the Southern District of Florida. My colleague Daniel Blonsky, who also has familiarity with this matter, is out for parents' day weekend with his son. After conferring with opposing counsel, this is to respectfully request an adjournment of the hearing until the week of September 28, 2026.

Thank you for your consideration of this matter.

Respectfully submitted,

Paul J. Schwiep

PJS:yvb

cc: All counsel via CM-ECF

Request GRANTED. The discovery conference is adjourned from September 24, 2026, to **October 1, 2026, at 2:30 p.m.** The parties are reminded of their obligation to comply with the Court's Individual Rules 2.B in advance of the conference date. This order terminates the motion at Dkt. 117.

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**