UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO PUJALS, JR.,

Plaintiff,

-against-

BDO USA, P.C.,

Defendant.

Case No. 1:25-cv-01757 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record at the parties' October 6, 2026, discovery conference, Plaintiff's motion to compel, Dkt. 113, is DENIED as moot as to Topic 2 because Defendant represents that it is no longer pursuing its Fourth Affirmative Defense. The motion to compel DENIED as to Topic 3, and DENIED as to Topic 5 because Defendant conducted an additional search and will be making a supplemental production. Defendant's corresponding request for a protective order as to Topics 3 and 5 is therefore GRANTED. Defendant shall provide its supplemental document production to Plaintiff by at least **October 20, 2026**.

Non-party Stephen Ferrera's ("Ferrera") motion to quash, Dkts. 118 & 125, is DENIED insofar as his deposition shall go forward. However, his request to narrow the scope of the deposition is GRANTED. A protective order is entered limiting the deposition to Ferrara's knowledge concerning the ESOP Transaction insofar as it bears on Plaintiff's Promissory Note, Plaintiff's Warrant, vesting, retirement at or after age 62, the disputed savings provisions, and contemporaneous communications or representations concerning those subjects, including but not limited to the September 8,

2023 Morgan Stanley email and the August 10, 2023 partners presentation. The deposition shall also be limited to 3.5 hours.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 113, 118, and 125.

Dated: October 6, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge